# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

United States of America

Plaintiff,

v.

Todd A Brown

Defendant.

No. CR-21-50183-001-PHX-DLR

**ORDER TERMINATING SUPERVISED RELEASE PRIOR TO ORIGINAL EXPIRATION DATE**

On Tuesday, September 21, 2021, the above named was placed on supervised release for a period of two years. Todd A Brown has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Todd A Brown be discharged from supervision.

Respectfully submitted,

Alexis Sharp
U.S. Probation Officer Assistant

## ORDER OF COURT

Pursuant to the above report, it is ordered that Todd A Brown be discharged from supervision and that the proceedings in the case be terminated.

Honorable Douglas L. Rayes
U.S. District Judge

11/15/2022
Date